# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE GUEVARA, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 24-cv-0142-BAS-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE (ECF No. 8)** |

Before this Court is the parties' request to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(2). (ECF No. 8.) Under Rule 41(a)(2), a plaintiff may request a court order for dismissal "on terms that the court considers proper." Here, both of the parties move for dismissal with prejudice "in consideration of a negotiated settlement agreement entered into by the parties." (ECF No. 8 at 2:2–5.)

A dismissal is without prejudice unless the parties stipulate otherwise. *See* Fed. R. Civ. P. 41(a)(1)(B). Here, the parties have stipulated otherwise. (*See* ECF No. 8 at 2:3–4) (stipulating to dismissal with prejudice).)

| | |
|---|---|
| 1 | Having considered the parties' request, the Court **GRANTS** the Joint Motion. (ECF |
| 2 | No. 8.)  Thus, the Court **DISMISSES WITH PREJUDICE** the instant action.  The Clerk |
| 3 | of the Court is directed to close the case. |
| 4 | **IT IS SO ORDERED.** |

**DATED: May 24, 2024**

Hon. Cynthia Bashant
United States District Judge